# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

STEVEN L. STILLWELL,

    Plaintiff,

v.                                       Case No. 3:18-cv-2176-RV/MJF

DUNLAP,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 10, 2019 (ECF No. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** without prejudice for failure to comply with court orders and for failure to prosecute.

3. The clerk of the court shall close the case file.

**DONE AND ORDERED** this 10th day of October, 2019.

s/ <i>Roger Vinson</i><br>
**ROGER VINSON**<br>
**SENIOR UNITED STATES DISTRICT JUDGE**